IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMI AMERICA,** | ) | **8:02CR160** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| **MIQUEL MUNOZ-BARAJAS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Pursuant to the Memorandum and Order entered on this date, judgment is entered in favor of the government and against the defendant. The defendant's Motion under 28 U.S.C. § 2255, Filing No. 31, is dismissed, with prejudice.

DATED this 25th day of October, 2005.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE